UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PINHAS BARAK,<br><br>           Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON, et al.,<br><br>           Defendants. | CASE NO. C20-5094 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Defendants' motion for summary judgment, Dkt. 17, is **GRANTED**;

    (3)    Plaintiff's 42 U.S.C. § 1983 claims against Defendants Zachary Bloomfield, the State of Washington, and the Washington State Patrol are **DISMISSED with prejudice**; and

    (4)    The Clerk shall enter JUDGMENT and close this case.

1   Dated this 18th day of November, 2021.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2